**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                May 16, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-02882-RPM

LORRAINE SADDLER,                                        Dianne Smith King
LINDA WOLF,                                              Lauren M. Hasselbacher
SHARON HEUER and
DEE COBERLY,

    Plaintiffs,
v.

LEHRER'S FLOWER, INC.,
BYERLY ENTERPRISES, INC. and                             Raymond M. Deeny
MCCARTHY FLOWERS COLORADO, INC.,                         Patrick M. Connolly

    Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference and Hearing on Motion to Dismiss**

**9:55 a.m.**       **Court in session.**

Discussion regarding claims against defendant McCarthy Flowers Colorado, Inc. (retaliation, failure to hire) and successor liability.

Discussion regarding history of Lehrer's Flower Business.
Mr. Connolly agrees to provide documents regarding purchase of Leher's Flower assets.
Mr. Deeny states he anticipates defendant Byerly filing a chapter 11 bankruptcy.

Discussion regarding case facts, EEOC and discovery.
Mr. Deeny agrees to disclose EEOC's investigation notes/statements.

Discussion regarding pending motion to dismiss counterclaim.

**ORDERED:   Plaintiff's Motion to Dismiss Defendant McCarthy Flowers Colorado, Inc. Counterclaim or in the Alternative, Motion for a More Definite Statement [12], is granted.**

**Court states it declines to exercise supplemental jurisdiction and therefore plaintiff's termination against public policy and Colorado's Anti Discrimination claims are dismissed.**

Court further states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

Court advises counsel that any corrections to change the caption will be by the filing of a motion to amend complaint.

**Scheduling Order signed.**

**10:20 a.m.**      **Court in recess.**       Hearing concluded. Total time: 25 min.