IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02882-RPM

LORRAINE SADDLER,
LINDA WOLFE,
SHARON HEUER, and
DEE COBERLY,

      Plaintiff,
v.

LEHRER'S FLOWERS INC.,
BYERLY ENTERPRISES, INC. And
MCCARTHY FLOWERS COLORADO, INC.,

      Defendants.
_____

ORDER DISMISSING CLAIM
_____

As discussed at the scheduling conference held today, this Court declines to exercise supplemental jurisdiction of state law claims under 28 U.S.C. § 1367(c) because of the confusion that is generated by the differences in law between the federal claims and the state claims. Accordingly, it is

ORDERED that the fifth claim for relief is dismissed without prejudice.

Dated: May 16th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge