IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-02882-RPM
LORRAINE SADDLER,
LINDA WOLFE,
SHARON HEUER, and
DEE COBERLY,

      Plaintiffs,

v.

LEHRER'S FLOWERS INC.,
BYERLY ENTERPRISES, INC. and
MCCARTHY FLOWERS COLORADO, INC.

      Defendants,
_____

**ORDER GRANTING STIPULATED MOTION FOR TWO-WEEK EXTENSION TO
RESPOND TO DISCOVERY**
_____

      Upon review of the parties' Stipulated Motion for Two-Week Extension to Respond to Discovery [Dkt. #26] filed July 20, 2012, it is

      ORDERED that the Motion is granted.  Plaintiff's Response to Defendant Byerly's First Set of Interrogatories and Requests for Production to Plaintiffs shall be served no later than August 6, 2012.

      DATED:  July 23, 2012.

                           BY THE COURT:

                           s/Richard P. Matsch
                           _____
                           Richard P. Matsch, Senior U.S. District Judge