## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                November 26, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-02882-RPM

| | |
|---|---|
| LORRAINE SADDLER, | Dianne Smith King |
| LINDA WOLF, | Lauren M. Hasselbacher |
| SHARON HEUER and | |
| DEE COBERLY, | |
|     Plaintiffs, | |
| v. | |
| LEHRER'S FLOWER, INC., | |
| BYERLY ENTERPRISES, INC. and | Brooke A. Colaizzi |
| MCCARTHY FLOWERS COLORADO, INC., | Patrick M. Connolly |
|     Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**2:02 p.m.        Court in session.**

Court's preliminary remarks.

Mr. Connolly answers questions asked by the Court regarding producing the October 27, 2010 Asset Purchase Agreement, defendant McCarthy Flowers' responsiveness to discovery and its Corporate Disclosure Statement [11].

Mr. Connolly states he will file the Purchase Asset Agreement.

Ms. King answers questions asked by the Court regarding evidence to support the assertion of successor liability.
Ms. King states plaintiffs have the Asset purchase agreement.

Argument by Ms. Colaizzi.
Ms. Colaizzi states Byerly Enterprises, Inc. does not intend to file bankruptcy.

**ORDERED:**   Defendant McCarthy Flowers Colorado, Inc. has ten days (December 6, 2012) to supplement its motion for summary judgment [40].

November 26, 2012
11-cv-02882-RPM

                **Plaintiffs and defendant Byerly shall file their response.**

                **Discovery stayed.**

**ORDERED:**   **Motion for Rule 11 Sanctions by Defendant McCarthy Flowers Colorado, Inc. [22], is denied.**

                **Plaintiffs' Motion to Compel Discovery and Request for Attorneys' Fees of Defendant McCarthy Flowers Colorado, Inc. [31], is denied.**

                **Motion to Compel Discovery and Request for Attorneys' Fees of Defendant Beverly Enterprises, Inc. [32], is denied.**

                **Partially Stipulated Motion to Amend Scheduling Order [35], is denied.**

                **Defendant Byerly Enterprises, Inc.'s Motion to Compel Discovery Responses and Request for Attorneys' Fees from Defendant McCarthy Flowers Colorado, Inc. [38], is denied.**

                **Plaintiffs' Second Motion to Compel Discovery from Defendant McCarthy Flowers Colorado, Inc. and Request for Attorneys' Fees [39], is denied.**

**2:25 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 23 min.