**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                           September 10, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 11-cv-02882-RPM

| | |
|---|---|
| LORRAINE SADDLER, | Dianne Smith King |
| LINDA WOLF, | Laura E. Schwartz |
| SHARON HEUER and | Lauren M. Hasselbacher |
| DEE COBERLY, | |

    Plaintiffs,

v.

LEHRER'S FLOWER, INC.,
BYERLY ENTERPRISES, INC. and                    Brooke A. Colaizzi
MCCARTHY FLOWERS COLORADO, INC.,      Patrick M. Connolly

    Defendants.

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:59 a.m.         Court in session.**

Court's preliminary remarks.

Mr. Connelly and Ms. Colaizzi answer questions asked by the Court.
Mr. Connoly states the entity that owned Lehrer's Flower was Lehrer's Flower, Inc.

Argument by Ms. King [47] and [48].

**ORDERED:** **Motion for Summary Judgment by defendant McCarthy Flowers Colorado, Inc. [40], is denied.**

**Amended Motion for Summary Judgment by defendant McCarthy Flowers Colorado, Inc. [43], is denied.**

**ORDERED:** **Motion for Leave to Amend the Complaint and Jury Demand [48], is granted. Second Amended Complaint is accepted and doc. 48-1 is filed as of today.**

Argument by Mr. Connelly (timeliness / retaliation claim).

**ORDERED:** **Patrick M. Connolly is disqualified as counsel for McCarthy Flowers, Colorado, Inc. and defendant McCarthy Flowers, Colorado, Inc. has to October 10, 2013 to obtain counsel.**

**ORDERED:** **Plaintiffs' Motion for Additional Discovery [47], is deferred and all discovery is stayed until new counsel for defendant McCarthy Flowers, Colorado, Inc. files an entry of appearance.**

**11:20 a.m.         Court in recess.**        Hearing concluded. Total time: 21 min.