IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-02882-RPM-BNB

LORRAINE SADDLER,
LINDA WOLFE,
SHARON HEUER, and
DEE COBERLY,

    Plaintiffs,

v.

LEHRER'S FLOWERS INC.,
BYERLY ENTERPRISES, INC. and
MCCARTHY FLOWERS COLORADO, INC.

    Defendants,

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

Upon review of the file and the Stipulation for Dismissal With Prejudice filed by the parties on December 16, 2013, it is

ORDERED that the Motion is granted, and all pending claims are dismissed with prejudice.  All Parties shall pay their own costs and attorneys' fees.

DATED:  December 17th, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior U.S. District Judge